**To the Honorable Judge,**

My name is Dionna Bennett, and I am writing as the younger sister of Jamaal Pimms, who is currently before the Court for sentencing. I offer this letter to share the complexity of who my brother is, the pain our family has lived through, and the hope I still carry for his future.

Jamaal has always had a kind and loving heart. As children, he was our protector. Growing up Afro-Indigenous on the Yakama Reservation came with challenges that shaped all of us, and Jamaal carried a great deal of emotional weight from a young age. When he lost our grandmother and his best friend at age 16, his grief took root deeply. It was around that time he began to struggle with addiction—something that has haunted him since.

Still, Jamaal tried to move forward. He enrolled at Heritage University and joined DECA, where he discovered a gift for public speaking. He was an avid chess player, a deep thinker, and someone who cared more than he often showed. More than anything, he has always loved his three children and wanted to be better for them.

But I can't ignore the harm. Learning that Jamaal was involved in the disappearance of someone he considered a friend was heartbreaking. I believe he knows he should have said something, and the guilt of not doing so has only driven him further into addiction.

In our own family, we know what that kind of silence feels like. Our mother died suddenly of a heart attack in 2021. A year later, our younger brother was murdered. We lived with unbearable grief and the horror of knowing someone took his life. Jamaal knows that pain intimately—what it's like to lose a sibling far too soon, and to know that others may have had answers and stayed quiet. I believe Jamaal sees the weight of his own choices mirrored in our family's suffering, and it has affected him in a very real way.

Jamaal cannot undo what's been done, and he knows that. The victim's family will carry that loss forever. But Jamaal still has a life, and I believe he owes it to that family—and to ours—to live it with accountability. That means staying clean, being a better parent, and becoming someone who protects his community instead of bringing it harm.

Your Honor, I am not asking for leniency, but for compassion. My brother has made serious mistakes, but I believe he has the ability to face them and grow from them. I hope the Court will see the full picture and give him the opportunity to rebuild, not just for himself, but in memory of those he's lost—and those he's hurt.

Thank you for your time and consideration.

Sincerely,
Dionna Bennett-Pimms